# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Energy Heating, LLC, an Idaho limited liability company, and Rocky Mountain Oilfield Services, LLC, an Idaho limited liability company, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Heat On-The-Fly, LLC, a Louisiana limited liability company, and Super Heaters North Dakota, LLC, a North Dakota limited liability company, | ) ) ) ) ) | |
| | ) | Case No. 4:13-cv-010 |
| Defendants. | ) | |

Before the court are the Plaintiffs' Motions for attorneys F. Ross Boundy, Steven V. Gibbons, and Bobby B. Soltani to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys F. Ross Boundy, Steven V. Gibbons, and Bobby B. Soltani have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiffs' motions (Docket Nos. 5-7) are **GRANTED**. Attorneys F. Ross Boundy, Steven V. Gibbons, and Bobby B. Soltani are admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 23rd day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge