# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| Energy Heating, LLC, an Idaho limited liability company, and Rocky Mountain Oilfield Services, LLC, <br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Heat On-The-Fly, LLC, a Louisiana limited liability company, and Super Heaters North Dakota, LLC, a North Dakota limited liability company,<br><br>　　　　Defendants. | **ORDER RE ADMISSION PRO HAC VICE**<br><br><br><br><br><br>Case No. 4:13-cv-010 |

Before the court are motions for attorneys Len R. Brignac and Henry A. King to appear *pro hac vice* on defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Len R. Brignac and Henry A. King have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 11 and 12) are **GRANTED**. Attorneys Len R. Brignac and Henry A. King are admitted to practice before this court in the above-entitled action on behalf of defendants.

　　**IT IS SO ORDERED.**

　　Dated this 22nd day of February, 2013.

　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge