IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Energy Heating, LLC, an Idaho limited liability company, and Rocky Mountain Oilfield Services, LLC, | ) ) ) ) |
| Plaintiffs, | ) **ORDER RE ADMISSION** ) **PRO HAC VICE** |
| vs. | ) ) |
| Heat On-The-Fly, LLC, a Louisiana limited liability company, and Super Heaters North Dakota, LLC, a North Dakota limited liability company, | ) ) ) ) |
| | ) Case No. 4:13-cv-010 |
| Defendants. | ) |

Before the court are motions for attorneys J. Thomas Vitt and Mariah Reynolds to appear *pro hac vice* on behalf defendants. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys J. Thomas Vitt and Mariah Reynolds have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 14 and 15) are **GRANTED**. Attorneys J. Thomas Vitt and Mariah Reynolds are admitted to practice before this court in the above-entitled action on behalf of defendants.

**IT IS SO ORDERED.**

Dated this 28th day of February, 2013.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr.
                                              United States Magistrate Judge