**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Energy Heating, LLC, an Idaho limited liability company, and Rocky Mountain Oilfield Services, LLC, an Idaho limited liability company, | ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Heat-On-The-Fly, LLC, a Louisiana limited liability company, and Super Heaters North Dakota, LLC, a North Dakota limited liability company, | ) ) ) ) ) | Case No. 4:13-cv-010 |
| Defendants. | ) ) | |

On May 8, 2013, the parties filed a stipulation wherein defendants advised they had no objection to the filing of plaintiffs' First Amended Complaint, with a reservation of all defendants' rights. The court **ADOPTS** the parties' stipulation. Plaintiffs are directed to file their First Amended Complaint. Once the First Amended Complaint is filed and served, defendants shall have fourteen days to file an answer or otherwise respond.

**IT IS SO ORDERED.**

Dated this 9th day of May, 2013.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge