# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Energy Heating, LLC, an Idaho limited liability company and Rocky Mountain Oilfield Services, LLC, an Idaho limited liability company, | ) ) ) ) ) |
| Plaintiffs, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) ) |
| Heat On-The Fly, LLC, a Louisiana limited liability company and Super Heaters North Dakota, LLC, a North Dakota limited liability company, | ) ) ) ) |
| | ) Case No. 4:13-cv-010 |
| Defendants. | ) |

Before the court are motions by Defendants Heat-On-The-Fly, LLC and Super Heaters North Dakota, LLC for attorneys Devan V. Padmanabhan and Michelle E. Dawson to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Devan V. Padmanabhan and Michelle E. Dawson have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, Defendants' motions (Docket Nos. 45-46) are **GRANTED**. Attorneys Devan V. Padmanabhan and Michelle E. Dawson are admitted to practice before this court in the above-entitled action on behalf of the Defendants.

    **IT IS SO ORDERED.**

    Dated this 25th day of June, 2013.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr.
                                               United States Magistrate Judge