IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Energy Heating, LLC, an Idaho limited liability company and Rocky Mountain Oilfield Services, LLC, an Idaho limited liability company, | ) ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Heat On-The-Fly, LLC, a Louisiana limited liability company and Super Heaters North Dakota, LLC, a North Dakota limited liability company, | ) ) ) ) ) | |
| | ) | Case No. 4:13-cv-010 |
| Defendants. | ) | |

Before the court is the Defendants' Motion for attorney Paul J. Robbennolt to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Paul J. Robbennolt has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendants' motion (Docket No. 50) is **GRANTED**. Attorney Paul J. Robbennolt is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 10th day of July, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge