# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Energy Heating, LLC, an Idaho limited liability company and Rocky Mountain Oilfield Services, LLC, an Idaho limited liability company, | ) ) ) ) **ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |
| Plaintiffs, | ) |
| vs. | ) |
| Heat On-The-Fly, LLC, a Louisiana limited liability company and Super Heaters North Dakota, LLC, a North Dakota limited liability company, | ) ) ) ) Case No.  4:13-cv-010 |
| Defendants. | ) |

Before the court is Stipulation for Protective Order filed July 15, 2013.  The court **ADOPTS** the stipulation (Docket No. 53) and **ORDERS** that the Stipulated Protective Order proposed by the parties shall take effect.

Dated this 16th day of July, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court