**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Energy Heating, LLC, an Idaho limited liability company, and Rocky Mountain Oilfield Services, LLC, an Idaho limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>Heat On-The-Fly, LLC, a Louisiana limited liability company, and Super Heaters North Dakota, LLC, a Texas limited liability company,<br><br>    Defendants,<br><br>and<br><br>Heat On-The-Fly, LLC, a Louisiana limited liability company,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>Marathon Oil Corporation,<br><br>    Third-Party Defendant. | **ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 4:13-cv-010 |

Before the court is the motion for attorney Shane Coleman to appear *pro hac vice* on behalf Third-Party Defendant Marathon Oil Corporation ("Marathon"). In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Shane Coleman has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the

1

motion (Docket No. 82) is **GRANTED**. Attorney Shane Coleman is admitted to practice before this court in the above-entitled action on Marathon's behalf.

    **IT IS SO ORDERED.**

    Dated this 25th day of September, 2013.

                                        */s/ Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr.
                                        United States Magistrate Judge