IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Energy Heating, LLC, an Idaho limited liability company; Rocky Mountain Oilfield Services, LLC, an Idaho limited liability company,<br><br>    Plaintiff/Counterclaim Defendants,<br><br>vs.<br><br>Heat On-The-Fly, LLC, a Louisiana limited liability company, and Super Heaters North Dakota, a North Dakota limited liability company,<br><br>    Defendants, | Civil Case No. 4:13-cv-10<br><br>**SUPPLEMENTAL JURY INSTRUCTION #1** |
| Heat On-The-Fly, LLC, a Louisiana limited liability company,<br><br>    Counterclaimant. | |
| Heat On-The-Fly, LLC, a Louisiana limited liability company,<br><br>    Third-Party Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>Marathon Oil Corporation,<br><br>    Third-Party Defendant/ Counterclaimant. | |

"CRITICAL DATE" - EXPLAINED

The critical date is a date one year before the filing date of the application. In this case, the critical date is September 18, 2008.