IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Energy Heating, LLC, an Idaho limited liability company; Rocky Mountain Oilfield Services, LLC, an Idaho limited liability company,<br><br>  Plaintiff/Counterclaim Defendants,<br><br>vs.<br><br>Heat On-The-Fly, LLC, a Louisiana limited liability company, and Super Heaters North Dakota, a North Dakota limited liability company,<br><br>  Defendants,<br><br>Heat On-The-Fly, LLC, a Louisiana limited liability company,<br><br>  Counterclaimant.<br>_____<br><br>Heat On-The-Fly, LLC, a Louisiana limited liability company,<br><br>  Third-Party Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>Marathon Oil Corporation,<br><br>  Third-Party Defendant/ Counterclaimant. | Civil Case No. 4:13-cv-10<br><br>**SPECIAL INTERROGATORY TO VERDICT FORM** |

A. In your discretion do you award interest at the prejudgment rate of up to 6 percent?

   _____ Yes   __X__ No

*If your answer to Question A is "No", please STOP and sign and date this form.*
*If your answer to Question B is "YES", please answer Question B.*

Page 1 of 2

B.  At what percent do you award interest with a maximum of 6 percent?

_____%

Dated at Fargo, North Dakota, this __4__ day of September, 2015.

_____
Presiding Juror (signature)

_____
Presiding Juror (printed)