Local AO 450 (rev. 5/10)

# United States District Court
*District of North Dakota*

Energy Heating, LLC, an Idaho limited liability company;
Rocky Mountain Oilfield Services, LLC, an Idaho limited liability company,
        Plaintiff/Counterclaim Defendants,
vs.
Heat On-The-Fly, LLC, a Louisiana limited liability company, and Super Heaters North Dakota, a North Dakota limited liability company,
        Defendants,
and
Heat On-The-Fly, LLC, a Louisiana limited liability company,
        Counterclaimant.
Heat On-The-Fly, LLC, a Louisiana limited liability company,
        Third-Party Plaintiff/Counterclaim Defendant,
vs.
Marathon Oil Corporation,
        Third-Party Defendant/ Counterclaimant.

SECOND AMENDED JUDGMENT IN A CIVIL CASE

Case No. 4:13-cv-10

☑ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

Pursuant to the Order filed at Docket # 616:
1. The trademark for "Heat On-The-Fly" is INVALID and unenforceable as it is a generic term.
2. The claim for the tort of Deceit is DISMISSED WITH PREJUDICE.
3. DAMAGES in the amount of $750,000 are AWARDED for the intentional tortious conduct of HOTF.
4. The court DECLINES to order prejudgment interest.

Pursuant to the Order filed at Docket # 619:
HOTF's inequitable conduct renders the '993 Patent unenforceable. Energy Heating and Marathon's claims for Declaratory Judgment on the issue of Inequitable Conduct are GRANTED.

Pursuant to the Order filed at Docket #677:
Plaintiffs motion for exemplary damages is DENIED. Plaintiff's motion for an award of attorney fees and non-taxable costs is DENIED. Plaintiff's motion for taxable costs is GRANTED in the amount of $67,085.77. Marathon's motion for costs is GRANTED in the amount of $47,563.48. Marathon's motion to fins this case exceptional and to award attorneys' fees and non-taxable costs is DENIED.

Date: March 16, 2016

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Ashley Sanders, Deputy Clerk*