UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Energy Heating, LLC. et al.

vs.                                                                              Case No.: 4:13-cv-10

Heat On-The-Fly, LLC, et al.

**CLERK'S MINUTES**
Proceeding: Motion Hearing re: Docket 763 - Motion for Attorney Fees

| | |
|---|---|
| Presiding Judge: U.S. Magistrate Judge Alice R. Senechal | Date: January 28, 2020 |
| Deputy Clerk: Ashley Sanders | Time: 10:00 a.m. |
| Law Clerk: Amy Strankowski | Recess: 1:03 p.m. |
| Digital Recorder: 200128-000.mp3 | |

Counsel for Plaintiffs: Ross Boundy and Xiang Li
Counsel for Counter Claimant Marathon Oil Corporation: Shane Coleman
Counsel for Defendants Heat-On-The-Fly and Super Heaters ND: Devan Padmanabhan

Court calls case and notes appearances.

Attorney Boundy proceeds on behalf of Plaintiffs.

Attorney Coleman proceeds on behalf of Marathon Oil. Attorney Coleman makes two corrections: they are not asking for expert fees and there is a typo re: cert being filed.

Attorney Padmanabhan proceeds on behalf of Heat-On-The-Fly and Super Heaters ND.

Attorney Boundy responds.

Attorney Coleman responds.

Attorney Padmanabhan responds.

Court will issue a ruling.

Recess.