**UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| ENERGY HEATING, LLC, and ROCKY MOUNTAIN OILFIELD SERVICES, LLC,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>HEAT ON-THE-FLY, LLC, and SUPER HEATERS NORTH DAKOTA, LLC,<br><br>    Defendants,<br><br>    and<br><br>HEAT ON-THE-FLY, LLC,<br><br>    Counterclaimant.<br><br>_____<br><br>HEAT ON-THE-FLY, LLC,<br><br>    Third-Party Plaintiff/<br>    Counterclaim Defendant,<br><br>    v.<br><br>MARATHON OIL CORPORATION, and MARATHON OIL COMPANY,<br><br>    Third-Party Defendants/<br>    Counterclaimants. | Case No. 4:13-cv-010-RRE-ARS<br><br>**RESPONSE TO DEFENDANTS' MOTION FOR AN ADDITIONAL SIXTEEN-DAY EXTENSION TO FILE RULE 72(b)(b) OBJECTIONS TO THE MARCH 4, 2020 REPORT AND RECOMMENDATION** |

RESPONSE TO DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO FILE OBJECTIONS
(No. 4:13-cv-00010-RRE-ARS)
4812-9106-9368v.1 0095141-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1. In addition to the fourteen-day extension Defendants already obtained through stipulation because of "measures adopted to address the coronavirus pandemic," Dkts. 778-79, Defendants now seek an additional sixteen-day extension so that they can prepare and file their objections "a full week after the expiration of the Minnesota 'stay at home' order." Dkt. 780. But Defendants make no effort to explain why the first extension is insufficient and why collaborating remotely on their objections requires what would be a month-long extension in total. Moreover, Defendants cannot seek repeated extensions that, in effect, would condition their filing on resolution of the COVID-19 emergency, and suspend this case indefinitely until that occurs. Justice must go on.

2. By email in the morning of March 27, 2020, Defendants had indicated that they would be willing to stipulate to and limit their second extension request to seven days. Before Plaintiffs could respond, Defendants filed this motion that afternoon.

3. In the spirit of cooperation, Plaintiffs will agree to and thus do not oppose a further seven-day extension. Plaintiffs respectfully request that the Court grant no more than a seven-day extension according to the following schedule. Plaintiffs further request that the Court make clear that no further extensions will be permitted absent extraordinary circumstances.

| Deadline | Current Schedule | Proposed Schedule |
|---|---|---|
| Objections to the March 4, 2020, Report and Recommendation | April 1, 2020 | April 8, 2020 |
| Responses to Objections | April 14, 2020 | April 21, 2020 |

RESPONSE TO DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO FILE OBJECTIONS
 (No. 4:13-cv-00010-RRE-ARS) — 1
4812-9106-9368v.1 0095141-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Respectfully submitted this 30th day of March, 2020.

By *s/ F. Ross Boundy*
F. Ross Boundy, WSBA #403 *(pro hac vice)*
Stuart Dunwoody, WSBA #13948 *(pro hac vice)*
Xiang Li, WSBA #52306 *(pro hac vice)*
Davis Wright Tremaine
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: rossboundy@dwt.com
Email: stuartdunwoody@dwt.com
Email: xiangli@dwt.com

William P. Harrie, #04411
Niles Law Firm
1800 Radisson Tower
201 North Fifth Street
P.O. Box 2626
Fargo, ND 58108-2626
Tel: (701) 237-5544
Fax: (701) 280-0762
Email: wharrie@nilleslaw.com

Steven V. Gibbons, Esq., WSBA #14028 *(pro hac vice)*
Gibbons & Associates, P.S.
601 Union Street, Suite 2600
Seattle, WA 98101-4000
Tel: (206) 381-3340
Fax: (206) 381-3341
Email: svg@gibbonslawgroup.com
*Attorney for Plaintiffs*

RESPONSE TO DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO FILE OBJECTIONS
(No. 4:13-cv-00010-RRE-ARS) — 2
4812-9106-9368v.1 0095141-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was filed electronically with the Clerk of the Court through ECF and served upon the following in the manner indicated below:

| | |
|---|---|
| Devan V. Padmanabhan | _____ U.S. Mail |
| Michelle E. Dawson | _____ Hand Delivery |
| Paul J. Robbennolt | _____ Overnight Mail |
| Britta S. Loftus | _____ Facsimile |
| Gerald H. Sullivan, Jr. | __X__ CM/ECF Notification |
| WINTHROP & WEINSTINE, P.A. | _____ Email |
| 225 South 6th Street, Suite 3500 | |
| Minneapolis, MN 55402 | |
| Tel: (612) 604-6400 | |
| Email: dpadmanabhan@winthrop.com | |
| Email: mdawson@winthrop.com | |
| Email: probbennolt@winthrop.com | |
| Email: bloftus@winthrop.com | |
| Email: gsullivan@withthrop.com | |
| *Attorneys for Defendants* | |
| Henry A. King, LA Bar No. 7393 | _____ U.S. Mail |
| Len R. Brignac, LA Bar No. 18139 | _____ Hand Delivery |
| KING, KREBS & JURGENS, PLLC | _____ Overnight Mail |
| 201 St. Charles Avenue, Suite 4500 | _____ Facsimile |
| New Orleans, Louisiana 70170 | __X__ CM/ECF Notification |
| Tel: (504) 582-3800 | _____ Email |
| Email: hking@kingkrebs.com | |
| Email: lbrignac@kingkrebs.com | |
| *Pro Hac Vice Attorneys for Defendants* | |
| Gregory L. Porter | _____ U.S. Mail |
| Lloyd Lee Davis | _____ Hand Delivery |
| ANDREWS KURTH LLP | _____ Overnight Mail |
| 600 Travis, Suite 4200 | _____ Facsimile |
| Houston, TX 77002 | __X__ CM/ECF Notification |
| Tel: (713) 220-4621 | _____ Email |
| Email: gregporter@andrewskurth.com | |
| Email: leedavis@andrewskurth.com | |
| *Pro Hac Vice Attorneys for Defendants* | |

RESPONSE TO DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO FILE OBJECTIONS
(No. 4:13-cv-00010-RRE-ARS) — 3
4812-9106-9368v.1 0095141-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| 1 | Scott A. Brister<br>ANDREWS KURTH LLP<br>111 Congress Avenue, Suite 1700<br>Austin, TX 78701<br>Tel: (512) 320-9220<br>Email: scottbrister@andrewskurth.com<br>*Pro Hac Vice Attorneys for Defendants* | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>\_\_X\_\_ CM/ECF Notification<br>_____ Email |
| 2 | Ronald H. McLean<br>Jane L. Dynes<br>SERKLAND LAW FIRM<br>10 Roberts Street<br>P.O. Box 6017<br>Fargo, ND 58108-6017<br>Tel: (701) 232-8957<br>Email:rmclean@serklandlaw.com<br>Email:jdynes@serklandlaw.com<br>*Attorneys for Marathon Oil* | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>\_\_X\_\_ CM/ECF Notification<br>_____ Email |
| 3 | Shane P. Coleman<br>Adrian A. Miller<br>HOLLAND & HART LLP<br>401 North 31st Street, Suite 1500<br>P.O. Box 639<br>Billings, MT 59103-0639<br>Tel: (406) 252-2166<br>Email:spcoleman@hollandhart.com<br>Email:aamiller@hollandhart.com<br>*Pro Hac Vice Attorneys for Marathon Oil* | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>\_\_X\_\_ CM/ECF Notification<br>_____ Email |
| 4 | Christopher B. Hadley<br>HOLLAND & HART LLP<br>222 South Main Street, Suite 2200<br>Salt Lake City, UT 84101-2001<br>Tel: (801) 799-5800<br>Email: cbhadley@hollandhart.com<br>*Pro Hac Vice Attorneys for Marathon Oil* | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>\_\_X\_\_ CM/ECF Notification<br>_____ Email |

DATED this 30th day of March, 2020.

*s/ F. Ross Boundy*
F. Ross Boundy

RESPONSE TO DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO FILE OBJECTIONS
(No. 4:13-cv-00010-RRE-ARS) — 4
4812-9106-9368v.1 0095141-000005

Davis Wright Tremaine LLP
LAW OFFICES
Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax